**Motions Granted; Appeals Dismissed and Memorandum Opinion filed May 6, 2021.**



In The
**Fourteenth Court of Appeals**

_____

**NO. 14-18-00882-CR**
**NO. 14-18-00883-CR**

_____

**KEISHUNN LAMONT REED, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1380046, 1380047**

**MEMORANDUM OPINION**

Counsel for appellant filed motions to dismiss these appeals because the trial court granted appellant's motion for a new trial in the interest of justice. The granting of a motion for new trial restores the case to its position before the former trial. *See* Tex. R. App. P. 21.9(b). This appeal was rendered moot by the trial

court's April 9, 2021 order granting a new trial. Because there is no longer an appealable judgment of conviction, we have no jurisdiction over this appeal and can take no action other than to dismiss the appeal. *See id*.; *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.) (dismissing appeal for want of jurisdiction after motion for new trial granted because no sentence to be appealed).

Accordingly, we grant appellant's motions to dismiss and dismiss the appeals as moot. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish – Tex. R. App. P. 47.2(b)